SAMUEL CARL, Appellant, v. NEWMAN CLEANERS AND DYERS CORPORATION, Respondent.— Order setting aside the verdict and granting a new trial unani-

* Revd., 263 N. Y. 587.

mously affirmed, with costs to abide the event. No opinion. Lazansky, P. J., Young, Kapper and Hagarty, JJ., concur; Scudder, J., not voting.